65 So.2d 542

### LUNSFORD & LUNSFORD et al. v. SALLAS.

### 4 Div. 196.

Court of Appeals of Alabama.

May 19, 1953.

J. Hubert Farmer, Dothan, for appellants.

J. Robert Ramsey, Dothan, for appellee.

PRICE, Judge.

Plaintiff recovered judgment for damages against defendant in the sum of $750.

The appeal here is on the record proper without official report of the proceedings and evidence on the trial.

Appellant assigns as error the overruling of demurrer to counts 2, 3 and 4 of the amended complaint.

The record discloses no ruling as to counts 3 and 4 of the amended complaint, the demurrer being directed only to count 2. Barney Coal Co. v. Davis, 9 Ala.App. 235, 62 So. 985.

Affirmed.